[No. 47312-3-I.   Division One.   September 24, 2001.]

STEVE MARSHALL, ET AL., *Appellants*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-00918-6, William L. Downing, J., entered August 7, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Appelwick, JJ.

[No. 47840-1-I.   Division One.   September 24, 2001.]

*In the Matter of the Personal Restraint of* TRAN HUU THANH, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 19611-9-III.   Division Three.   September 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN OPPELT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01073-8, Robert D. Austin, J., entered September 8, 2000. *Reversed* by unpublished per curiam opinion.

[No. 19345-4-III.   Division Three.   September 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD MARLIN BLOUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-02135-6, Salvatore F. Cozza, J., entered May 19, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.